# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL MARTIN, : | |
| : | |
| Plaintiff, : | Civ. No. 16-3449 (FLW) (LHG) |
| : | |
| v. : | |
| : | |
| STATE OF NEW JERSEY et al., : | **MEMORANDUM AND ORDER** |
| : | |
| Defendants. : | |

Defendants removed this civil rights action from the New Jersey Superior Court, Law Division, Mercer County, to this Court on June 15, 2016. (ECF No. 1.) Plaintiff now seeks leave to proceed *in forma pauperis*. (ECF No. 70.) Upon examination of Plaintiff's application, it appears that leave to proceed in this Court *in forma pauperis* is authorized. *See* 28 U.S.C. § 1915.

Therefore, IT IS, on this 6th day of November 2018,

ORDERED that Plaintiff's application to proceed *in forma pauperis*, (ECF No. 70), is GRANTED; and it is further

ORDERED that the Clerk of the Court shall send a copy of this Order to Plaintiff by regular U.S. mail.

/s/ Freda L. Wolfson
FREDA L. WOLFSON
United States District Judge