UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MICHAEL MARTIN**,

        Plaintiff,

        v.

**ANTONIO CAMPUS,** *et al.*,

        Defendants.

Civil Action No. 16-3449 (ZNQ) (JBD)

**ORDER**

**QURAISHI, District Judge**

      **THIS MATTER** comes before the Court upon a Motion for Summary Judgment filed by Defendants the State of New Jersey, the New Jersey Department of Corrections ("NJDOC"), Steve Alaimo ("Alaimo"), Steve Johnson ("Johnson"), Patrick Jenson ("Jenson"), Richard DeFazio ("DeFazio"), Gilbert Christmas ("Christmas"), Elia Perez ("Perez"), Joshua Leek ("Leek"), Brian Wheeler ("Wheeler"), Sean Patterson ("Patterson"), Joseph Bundy ("Bundy"), Davin Borg ("Borg"), Thomas Phillips ("Phillips"), Michel Crawford ("Crawford"), Roderick Smith ("Smith"), William Gallagher ("Gallagher"), Sean Clifton ("Clifton"), and Craig Amato ("Amato") (collectively "Defendants"). ("Motion," ECF No. 186.). For the reasons set forth in the accompanying Opinion,

      **IT IS** on this **30th** day of **July 2025**,

      **ORDERED** that Defendants' Motion (ECF No. 186) is hereby **GRANTED** as to Defendants Wheeler, Gallagher, DeFazio, Jenson, Leek, Patterson, Perez, Bundy, and Smith; it is further

1

2

**ORDERED** that judgment is hereby entered against Plaintiff and in favor of Defendants; it is further

**ORDERED** that Defendants the State of New Jersey and the New Jersey Department of Corrections are hereby **TERMINATED**; it is further

**ORDERED** that Defendants Alaimo, Phillips, Clifton, Christmas, Amato, Crawford, Johnson and Borg are hereby **TERMINATED**; and it is further

**ORDERED** that the Clerk's Office is instructed to mark this matter **CLOSED**.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**